KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 07225)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAYSON GORDON WESTFALL,<br><br>    Defendant. | Case No. 05-70949 WDB<br><br>ORDER GRANTING STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING<br><br>Date: January 12, 2006<br>Time: 10:00 a.m.<br>Before the Honorable Wayne D. Brazil |

**ORDER**

    Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing seeking to waive and extend the time for the preliminary hearing and to exclude the time between January 12, 2006 and January 27, 2006 from the Speedy Trial Clock.  The Stipulation was signed by counsel of record as well as the defendant knowingly and voluntarily waiving his right to a preliminary hearing on January 12, 2006, and extending the preliminary hearing until January 27, 2006.  The Stipulation also noted that the United States is expected to provide discovery to Mr. Westfall's new counsel.  This information will allow Mr. Westfall's new counsel to better evaluate the case and assist in preparing a defense.  Counsel also acknowledged that an exclusion

of time under the Speedy Trial Clock is appropriate to allow for the effective preparation of defense counsel taking into account the exercise of due diligence. Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period of time between January 12, 2006 and January 27, 2006 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). Additionally, the Court finds that the Defendant, Mr. Westfall, knowingly and voluntarily waived the period between January 12, 2006 and January 27, 2006, such that preliminary hearing is now scheduled for January 27, 2006 at 10:00 a.m.

DATED: January 9, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Distribute to:

Dennis Roberts
370 Grand Avenue
Oakland, CA 94610
Counsel for Defendant

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Counsel for Plaintiff

ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 05-70949 WDB          2